# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: TIFFANY A. FREIWALD § Case No. 13-83635
§
§
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 10/25/2013.

2) The plan was confirmed on 01/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 11/04/2014, 01/23/2015.

5) The case was converted on 03/13/2015.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,640.01.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**
    Total paid by or on behalf of the debtor(s)      $ 2,592.53
    Less amount refunded to debtor(s)      $ 0.00
**NET RECEIPTS**      $ 2,592.53

**Expenses of Administration:**
    Attorney's Fees Paid Through the Plan      $ 2,439.19
    Court Costs      $ 0.00
    Trustee Expenses & Compensation      $ 153.34
    Other      $ 0.00

**TOTAL EXPENSES OF ADMINISTRATION**      $ 2,592.53

Attorney fees paid and disclosed by debtor(s):      $ 0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 2,439.19 | 0.00 |
| MERCHANTS CREDIT GUIDE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST GLEN OAKS HOSPITAL | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| BLOOMINGDALE FIRE | Uns | 1,125.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA CLINICAL | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEMS | Uns | 29,000.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE | Uns | 215.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE | Uns | 6,400.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITYWIDE FEDERAL | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 750.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| DUPAGE CARDIOLOGY | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ER PHSFC | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 520.00 | 516.56 | 516.56 | 0.00 | 0.00 |
| GASTROENTEROLOGY INTERNAL | Uns | 2,400.00 | NA | NA | 0.00 | 0.00 |
| GRANT D/B/A MRI GP INC | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN PAIN | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| HARMONY IMAGING CENTER LLC | Uns | 30.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HEATHER TRIEGNITZ | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 670.00 | 677.55 | 677.55 | 0.00 | 0.00 |
| LAKE MCHENRY PATHOLOGY | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGIST IMAGING | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| MEDICLAIMS OAKLUND MEDICAL | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MEDICLAIMS STAT / DR DAIRI | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| METROINFECTIOUS DISEASE PROF | Uns | 515.00 | NA | NA | 0.00 | 0.00 |
| US RECOVERY SERVICE | Uns | 355.00 | 355.00 | 355.00 | 0.00 | 0.00 |
| MORAINE ER PHYSICIANS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MOTORIST MUTUAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MOTORIST MUTUAL INS CO | Uns | 3,370.00 | NA | NA | 0.00 | 0.00 |
| MOTORIST MUTUAL INSURANCE | Uns | 760.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL STUDENT LOAN | Uns | 0.00 | 54,823.24 | 0.00 | 0.00 | 0.00 |
| ORTHOPEDIC & SPINE SURGERY | Uns | 1,165.00 | NA | NA | 0.00 | 0.00 |
| OSF SAINT ANTHONY MEDICAL | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| PANORAMA ORTHOPEDICS | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| POUDRE VALLEY HEALTH SYSTEM | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| TRI-STATE ADJUSTMENTS INC | Uns | 400.00 | 407.34 | 407.34 | 0.00 | 0.00 |
| RLT NEUROLOGIC ASSOC LTD | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY | Uns | 23,768.00 | NA | NA | 0.00 | 0.00 |
| ST ANTHONY CENTRAL HOSPITAL | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| ST ANTHONY NORTH HOSPITAL | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGISTS SC | Uns | 1,190.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOCIATES OF FOX | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| WEST MEDICAL FAMILY | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| WEST MEDICAL FAMILY | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| WOMENS HEALTHFIRST LLC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| AUTUMNWOOD APARTMENTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 0.00 | 259.62 | 259.62 | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 |

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 4,416.07 | $ 0.00 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,592.53 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 2,592.53 |

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 03/23/2015            By: /s/ Lydia S. Meyer
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)